NOT FINAL UNTIL TIME EXPIRES TO FILE REHEARING
MOTION AND, IF FILED, DETERMINED

IN THE DISTRICT COURT OF APPEAL

OF FLORIDA

SECOND DISTRICT

JEFFREY D. LOWENKRON,  )
         )
   Appellant,   )
         )
v.         )  Case No. 2D17-4503
         )
UNIVERSITY OF SOUTH FLORIDA )
BOARD OF TRUSTEES,   )
         )
   Appellee.   )
_____)

Opinion filed November 9, 2018.

Appeal from the Circuit Court for
Hillsborough County; Paul L. Huey,
Judge.

Robert V. Williams and Justin P. Bennett,
of Burr & Forman, LLP, Tampa, for
Appellant.

Richard C. McCrea, Jr., and Cayla
McCrea Page of Greenberg Traurig, P.A.,
Tampa, for Appellee.


PER CURIAM.


    Affirmed.


NORTHCUTT, KELLY, and ROTHSTEIN-YOUAKIM, JJ., Concur.